UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISS WEISMAN &
GORDON, LLP
80 Main Street
West Orange, N.J. 07052
973-325-8800
Sean O'Brien, Esq.
Attorneys for Secured Creditor Wilmington Savings
Fund Society, FSB, d/b/a Christiana Trust, as
indenture trustee, for the CSMC 2015-RPL4 Trust.

In Re:
Jose E. Lopez and Luz S. Hernandez aka Luz S.
Hernandez-Lopez,
                                    Debtor



Order Filed on August 23, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: **18-20032-JKS**

CHAPTER 13

Honorable John K. Sherwood

Hearing Date: 08/09/2018

Recommended Local Form       _X_ Followed       ___ Modified

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: August 23, 2018

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Secured Creditor: | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2015-RPL4 Trust, Mortgage-Backed Notes, Series 2015-RPL4. |
| Secured Creditor's Counsel: | FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP |
| Debtors' Counsel: | FITZGERALD & CROUCH, P.C. |
| Real Property ("Property") | 1-28 Plaza Road, Fair Lawn, New Jersey |

For good cause shown, it is **ORDERED** that the Objection to Confirmation of Debtors' Chapter 13 Plan is resolved, subject to the following conditions:

1. Jose E. Lopez and Luz S. Hernandez aka Luz S. Hernandez-Lopez, the Chapter 13 Debtors in this proceeding (the "Debtors"), agree to make adequate protection payments to Secured Creditor equivalent to the amount allowed to be paid to Secured Creditors by way of the Bankruptcy Court's Loss Mitigation Program Rules and Procedures.

2. If Debtors are unsuccessful in obtaining a loan modification with Secured Creditor, Debtors agree to modify their Chapter 13 Plan to either cure the prepetition arrears of Secured Creditor's claim, surrender the Property, or have the case dismissed.

I hereby consent to form and entry.

FRENKEL LAMBERT
WEISS WEISMAN
& GORDON, LLP
Attorneys for Secured Creditor
Bank of America, N.A.

By: Sean O'Brien, Esq.

FITZGERALD & CROUCH, P.C.

Attorneys for Chapter 13 Debtors
Jose E. Lopez and Luz S. Hernandez aka
Luz S. Hernandez-Lopez

By: Sarah J. Crouch, Esq.

2